## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-11-BAJ-SCR |
| *versus* : | |
| : | |
| JON WAYNE GARON : | |

## **DISMISSAL**

NOW INTO COURT, comes the United States of America, by J. Walter Green, United States Attorney, Middle District of Louisiana, through Reginald E. Jones, Assistant United States Attorney, who respectfully represents as follows:

1.

On January 23, 2014, a Bill of Information was filed charging defendant Jon Wayne Garon with conspiracy to unlawfully use interstate facilities in aid of racketeering, in violation of Title 18, United States Code, Section 371 and 2.   Trial is currently scheduled to begin March 21, 2014.

2.

Based upon facts discovered subsequent to the filing of the Bill of Information, the United States moves to dismiss the Bill of Information against defendant Jon Wayne Garon.

WHEREFORE, pursuant to Rule 48(a), *Federal Rules of Criminal Procedure*, and with leave of Court, the United States Attorney for the Middle District of Louisiana hereby dismisses the Bill of Information against defendant Jon Wayne Garon.

                Respectfully submitted,

                J. WALTER GREEN
                UNITED STATES ATTORNEY

                /s/ Reginald E. Jones
                Reginald E. Jones, MSBRN 102806
                Assistant United States Attorney
                777 Florida Street, Suite 208
                Baton Rouge, Louisiana 70801
                Telephone: (225) 389-0443
                Fax: (225) 389-0561

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-11-BAJ-SCR |
| *versus* : | |
| : | |
| JON WAYNE GARON : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' *Dismissal* was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to Jack Dampf by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 12th day of March, 2014.

/s/ Reginald E. Jones
Reginald E. Jones
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 14-11-BAJ-SCR |
| *versus* | : |
| | : |
| JON WAYNE GARON | : |

## **ORDER**

Considering the United States' *Dismissal*, leave of Court is granted for the filing of the dismissal of the Bill of Information in Criminal No. 14-11-BAJ-SCR.

DONE AND SIGNED at Baton Rouge, Louisiana, this _____ day of March, 2014.

_____
BRIAN A. JACKSON
UNITED STATES CHIEF DISTRICT JUDGE